JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARQETA, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Case No. 4:25-cv-01174-YGR (Consolidated)<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER STAYING ACTION**<br><br>Hon. Judge Yvonne Gonzalez Rogers |

Plaintiffs Stephanie Smith, Sam Ojserkis, and Eduardo Preciado (collectively, the "Plaintiffs"), and Defendants Simon Khalaf, Michael Milotich, Najuma Atkinson, Alpesh Chokshi, Martha Cummings, Jason Gardner, R. Mark Graf, Judson C. Linville, Kiran Prasad, Helen Riley, and Godfrey Sullivan (collectively, the "Individual Defendants"), and Nominal Defendant Marqeta, Inc. ("Marqeta," and together with the Individual Defendants, "Defendants," and together with the Plaintiffs, the "Parties"), by and through their undersigned counsel of record, jointly submit this stipulation staying the above-captioned consolidated derivative action (the "Consolidated Derivative Action").

WHEREAS, on March 17, 2025, the Court granted a stipulation to consolidate three substantially similar and related derivative actions into this Consolidated Derivative Action (ECF No. 18, the "Consolidation Order");

WHEREAS, the Consolidation Order provides that Plaintiffs shall designate an operative complaint or file a consolidated complaint within thirty (30) days and Defendants shall then have thirty (30) days to answer or otherwise respond to that operative or consolidated complaint;

WHEREAS, on March 17, 2025, the Clerk of the Court noticed a Case Management Conference in this Consolidated Derivative Action for June 30, 2025, at 2:00 p.m. (ECF No. 19);

WHEREAS, an earlier-filed and substantially similar consolidated securities class action is pending before this Court, captioned *In re Marqeta, Inc. Securities Litigation*, Case No. 24-cv-08874-YGR (the "Related Securities Action"), against Marqeta and certain of the Individual Defendants, alleging violations of the Securities Exchange Act of 1934 based on substantially the same facts and circumstances at issue in this Consolidated Derivative Action;

WHEREAS, the defendants in the Related Securities Action intend to file motion(s) to dismiss that lawsuit pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Private Securities Litigation Reform Act of 1995;

WHEREAS, the outcome of the anticipated motion(s) to dismiss the Related Securities Action may be informative and relevant to the litigation of this Consolidated Derivative Action;

WHEREAS, in the interests of judicial economy and conserving the resources of the parties and the Court, the Parties agree that the Court should stay this Consolidated Derivative Action pending the Court's ruling(s) on the anticipated motion(s) to dismiss the Related Securities Action;

WHEREAS, the Parties have agreed that, during the stay of this Consolidated Derivative Action, Defendants shall not be required to answer or otherwise respond to any operative, consolidated, or amended complaint;

WHEREAS, the Parties have further agreed that, consistent with the stay of this Consolidated Derivative Action, any initial case management conferences, including the Case Management Conference currently set for June 30, 2025, and related deadlines should be vacated or continued until after the stay of this Consolidated Derivative Action is terminated or lifted;

NOW, THEREFORE, the Parties, by and through their undersigned counsel of record, in the interests of judicial economy, hereby agree and stipulate, and respectfully request that the Court order as follows:

1. This Consolidated Derivative Action (including all discovery) shall be stayed until fourteen (14) days following the resolution of any and all motions to dismiss (which includes the exhaustion of any and all related appeals) the Related Securities Action. This supersedes any prior deadlines to respond to any complaints, all deadlines set forth in any initial case management or scheduling orders shall be vacated, and the Case Management Conference currently scheduled for June 30, 2025 shall be vacated.

2. Within fourteen (14) days of the date that the stay is lifted or terminated, the Parties shall meet and confer and submit a proposed scheduling order governing any further proceedings in this Consolidated Derivative Action, including the date by which Defendants must answer or otherwise respond to a designated complaint, and any initial case management deadlines.

3. Defendants shall promptly notify Plaintiffs of any derivative actions filed in any forum involving Marqeta regarding substantially similar or the same allegations as those made in the Consolidated Derivative Action ("Related Derivative Action"). Defendants shall promptly notify Plaintiffs if any stockholder makes a books-and-record demand and/or litigation demand directed to Marqeta regarding substantially similar or the same allegations as those made in the

Action ("Related Demand").

4. If any Related Derivative Action is not stayed for the same or longer duration as the stay of this Consolidated Derivative Action, Plaintiffs may terminate this stipulated stay upon five (5) days' written notice via email to the undersigned counsel for Defendants.

5. Defendants shall endeavor to include Plaintiffs in any mediation and in any formal settlement talks between the parties in the Related Securities Action subject to Defendants seeking permission from the Court and/or other parties to the mediation and/or settlement conference, as well as any insurers. In the event that Plaintiffs are not permitted to attend such mediation and/or settlement conference, Defendants shall mediate separately with Plaintiffs at or about the same time, within thirty (30) days of the mediation in the Related Securities Action. Defendants shall include Plaintiffs in any mediation or formal settlement talks with any shareholders who filed a Related Derivative Action or made a Related Demand.

6. If any Defendant enters into a settlement agreement (or memorandum of understanding pertaining to settlement) in the Related Securities Action, Defendants shall promptly inform Plaintiffs of the same, and Plaintiffs may terminate this stipulated stay upon five-days' notice in writing via email to the undersigned counsel of Defendants. During the stay, Defendants shall promptly produce to Plaintiffs any documents produced to a shareholder who made a books and records demand under 8 *Del. C.* § 220 relating to the subject matter of this Consolidated Derivative Action, provided Plaintiffs enter into a confidentiality agreement or protective order with the same terms on which the demanding shareholder received the documents but providing that Plaintiffs may use such documents in this Consolidated Derivative Action.

7. Notwithstanding the stay of this Consolidated Derivative Action, Plaintiffs may file a consolidated complaint, although Defendants are under no obligation to respond to such complaint during the pendency of the stay.

8. This stipulation is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would be otherwise available to the Parties in this Consolidated Derivative Action.

**IT IS SO STIPULATED**.

Dated: April 24, 2025

**ORRICK HERRINGTON & SUTCLIFFE LLP**

*/s/ Alexander K. Talarides*
ALEXANDER K. TALARIDES

James N. Kramer
Alexander K. Talarides
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
E-mail: jkramer@orrick.com
atalarides@orrick.com

*Counsel for Defendants*

Dated: April 24, 2025

**THE BROWN LAW FIRM, P.C.**

*/s/ Robert C. Moest*
ROBERT C. MOEST

2530 Wilshire Boulevard, Second Floor,
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

\- and -

Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

\- and -

**RIGRODSKY LAW, P.A.**
Timothy J. MacFall
Samir Aougab
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: tjm@rl-legal.com
sa@rl-legal.com

*Co-Lead Counsel for Plaintiffs*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Betsy C. Manifold
Rachele R. Byrd
Alex J. Tramontano
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
Email: manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

*Additional Counsel for Plaintiff Eduardo Preciado*

## CIVIL L.R. 5-1 ATTESTATION

I, Alexander K. Talarides, attest pursuant to Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

*/s/ Alexander K. Talarides*
ALEXANDER K. TALARIDES

***

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: April 24, 2025

THE HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE